# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERALD LENTINI, *et al.*,     *<br>                                      *<br>    Plaintiffs,     *<br>                                        *<br>v.     *<br>                                        *<br>DEPARTMENT OF GOVERNMENT     *<br>EFFICIENCY, *et al.*,     *<br>                                        *<br>    Defendants.     *<br>                                        * | Civil Action No. 1:25-cv-00166 (JMC) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **PROOF OF SERVICE**

Plaintiffs attaches Proof of Service for Plaintiffs' Complaint. According to the United States Postal Service ("USPS") tracking system, physical summons have been delivered to Defendants and the U.S. Attorney General, and the U.S. Attorney for the District of Columbia has been served electronically.

Plaintiff provides the following legend connecting the tracking numbers in the attached document to the respective addressees for the Court's convenience:

    9589071052700028182808 – Office of Management and Budget and Acting Director

    9589071052700028182815 – Office of Personnel Management and Acting Director

    9589071052700028182822 – U.S. Attorney General

    9589071052700028182839 – Executive Office of the President and President Donald Trump

    9589071052700028182792 – Department of Government Efficiency and Elon Musk

    Service was effected on 4 February 2024 pursuant to Federal Rule of Civil Procedure 12(a)(2).

Date:   February 4, 2025

                                                    Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*

**ALERT: WILDFIRES AND EMERGENCY EVENTS IN THE LOS ANGELES METRO AREA U.S. M…**

## USPS Tracking®

FAQs >

**Tracking Number:**            Remove ✕

## 9589071052700028182808

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:22 am on February 4, 2025 in WASHINGTON, DC 20500.

---

### Get More Out of USPS Tracking:

    USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20500
February 4, 2025, 4:22 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates      ⌄

USPS Tracking Plus®      ⌄

Product Information      ⌄

See Less ⌃

**Tracking Number:**            Remove ✕

Feedback

9589071052700028182815

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:15 pm on January 31, 2025 in WASHINGTON, DC 20415.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20415
January 31, 2025, 12:15 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More

**Tracking Number:**   Remove ✕

9589071052700028182822

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was picked up at a postal facility at 5:29 am on January 30, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
January 30, 2025, 5:29 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More

Tracking Number:

Remove ✕

## 9589071052700028182839

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:22 am on February 4, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20500
February 4, 2025, 4:22 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More

Feedback

Tracking Number:

Remove ✕

## 9589071052700028182792

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:22 am on February 4, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

### USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20500
February 4, 2025, 4:22 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

See More ∨

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback