IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERALD LENTINI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00166-JMC |

**NOTICE OF FILING OF MOTION TO CONSOLIDATE**

PLEASE TAKE NOTICE that, under Rule 42(a) of the Federal Rules of Civil Procedure, Defendants have moved to consolidate the instant case with *Public Citizen, Inc., et al. v. Trump, et al.*, No. 1:25-cv-00164-JMC (D.D.C.). The motion for consolidation is attached as Exhibit 1 to this Notice.

DATED: February 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS (D.C. Bar No. 988057)
Senior Trial Counsel
ANNA L. DEFFEBACH (D.C. Bar. No. 241346)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

Telephone: (202) 305-0878
Facsimile: (202) 616-8470
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*